# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of others similarly situated,<br>    Plaintiff,<br><br>  v.<br><br>MACY'S, INC.,<br>    Defendant. | Case No. 3:23-cv-312-SRU<br><br><br>APRIL 20, 2023 |

### PLAINTIFF'S Fed.R.Civ.P. 41(a)(1)(A)
### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby dismisses this action without prejudice pursuant to Fed.R.Civ.P.

41(a)(1)(A). No defendant has filed an answer, and no defendant has filed a motion for summary

judgment.

           Respectfully submitted,

           JAMES WILLIAMS, individually and
           on behalf of others similarly situated

Dated: April 20, 2023      By: */s/ Daniel S. Blinn*
           Daniel S. Blinn (No. 02188)
           CONSUMER LAW GROUP, LLC
           35 Cold Spring Rd., Suite 512
           Rocky Hill, CT 06067
           Telephone: (860) 571-0408
           dblinn@consumerlawgroup.com

           Jeffrey S. Goldenberg*
           GOLDENBERG SCHNEIDER, L.P.A.
           4445 Lake Forest Dr., Suite 490
           Cincinnati, OH 45242
           Telephone: (513) 345-8291
           jgoldenberg@gs-legal.com

Joseph M. Lyon*
THE LYON FIRM
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

Alexander H. Burke*
Daniel J. Marovitch*
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*
* *pro hac vice* admission

## CERTIFICATION

I hereby certify that on April 20, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

2